# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   ERIC M. OFTEDAHL                                    Case Number: 07-71760
         125 EAST STREET                 SSN-xxx-xx-9530
         SOMONAUK, IL  60552

                                                    Case filed on:        7/24/2007
                                              Plan Confirmed on:

                              U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,644.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JACQUELINE MONTVILLE | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | VISTA SECURITIES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ILLINOIS DEPT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ERIC M. OFTEDAHL | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AURORA EARTHMOVER CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | CITIMORTGAGE INC | 120,069.40 | 0.00 | 0.00 | 0.00 |
| 004 | CITIMORTGAGE INC | 17,192.69 | 17,192.69 | 0.00 | 0.00 |
| 005 | DEKALB COUNTY COLLECTOR | 4,710.44 | 4,710.44 | 0.00 | 0.00 |
| 006 | DEKALB COUNTY COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | GMAC | 30,048.77 | 30,048.77 | 2,825.98 | 1,515.72 |
|     | Total Secured | 172,021.30 | 51,951.90 | 2,825.98 | 1,515.72 |
| 002 | BLUE GREEN CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | GMAC | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | THE INDEPENDENT BANKERS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | AT & T UNIVERSAL CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | EARTHMOVER CREDIT UNION | 61,466.90 | 61,466.90 | 0.00 | 0.00 |
| 014 | BAKER, MILLER, MARKOFF & KRASNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CAPITAL ONE | 694.79 | 694.79 | 0.00 | 0.00 |
| 017 | B-REAL LLC | 1,401.41 | 1,401.41 | 0.00 | 0.00 |
| 018 | LVNV FUNDING LLC | 879.99 | 879.99 | 0.00 | 0.00 |
| 019 | CODILIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | COMED CO | 1,011.22 | 1,011.22 | 0.00 | 0.00 |
| 021 | DEKALB COUNTY CIRCUIT COURT CIVIL | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | DISCOVER FINANCIAL SERVICES | 14,515.57 | 14,515.57 | 0.00 | 0.00 |
| 023 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | EXP | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 157.88 | 157.88 | 0.00 | 0.00 |
| 026 | KRENTZ & KRENTZ, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NICOR GAS | 262.29 | 262.29 | 0.00 | 0.00 |
| 028 | RIDDLE & ASSOCIATES, PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | AFNI/VERIZON | 162.33 | 162.33 | 0.00 | 0.00 |
| 031 | ZALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | DORIS OFTEDAHL | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | LVNV FUNDING LLC | 2,178.08 | 2,178.08 | 0.00 | 0.00 |
|     | Total Unsecured | 82,730.46 | 82,730.46 | 0.00 | 0.00 |
|     | Grand Total: | 254,751.76 | 134,682.36 | 2,825.98 | 1,515.72 |

Total Paid Claimant:      $4,341.70
Trustee Allowance:         $302.30          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00        discharging the trustee and the trustee's surety from any and all
                                       liablility on account of the within proceedings, and closing the estate,
                                       and for such other relief as is just.  Pursuant to FRBP, I hereby
                                       certify that the subject case has been fully administered.

Report Dated:

                                    _/s/ Lydia S. Meyer_____
                                    Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 05/14/2008                    By  /s/Heather M. Fagan